IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Mack Ray Little, # 066004-071, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____) | Civil Action No.: 0:06-1610-TLW-BM |

# ORDER

On May 26, 2006, the petitioner, Mack Ray Little, ("petitioner") filed a writ of habeas corpus. (Doc.#1). The petitioner submitted a petition for writ of *error coram nobis* to challenge his "conspiracy" conviction in Criminal Action No. 75-213 (DSC) arising out of a bank robbery. On June 26, 2006, Magistrate Judge Marchant Bristow, to whom this case had previously been assigned, issued a Report and Recommendation. In the Report, Magistrate Judge Bristow recommends that the District Court dismiss without prejudice the petition for writ of *error coram nobis* and that the respondent not be required to file a return. (Doc. #4). Objections to the Report were due July 14, 2006. The plaintiff has not filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

1

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #4) and the petition be dismissed *without prejudice* and *without requiring the respondent to file a return*.

**IT IS SO ORDERED**.

                                                S/Terry L. Wooten

                                                Terry L. Wooten
                                                United States District Judge

April 1, 2008
Florence, South Carolina